| | | | |
|---|---|---|---|
| AUSA: | Susan Fairchild | Telephone: | (313) 226-9577 |
| Agent: | ☑ Wayne E. Williams | Telephone: | (313) 550-7945 |

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

### Eastern District of Michigan

| | | |
|---|---|---|
| United States of America<br>v.<br>Gumercindo RAMOS-CHILE | Case No. | Case: 2:26−mj−30419<br>Assigned To : Unassigned<br>Assign. Date : 7/14/2026<br>Description: RE: GUMERCINDO<br>RAMOS−CHILE (EOB) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ July 10, 2026 _____ in the county of _____ Wayne _____ in the _____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1326(a) | Unlawful Re-Entry Following Removal from the United States |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Wayne E. Williams, U.S. Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __ July 13, 2026 __

_____
*Judge's signature*

City and state: __ Detroit, MI __

Hon. David R. Grand, U.S. Magistrate Judge
*Printed name and title*

## **AFFIDAVIT**

I, Wayne Williams, declare the following under penalty of perjury:

1.  I am a Border Patrol Agent with the United States Department of Homeland Security, United States Border Patrol. I have been employed in this capacity since April 2014. Currently, I am assigned to the Detroit Border Patrol Station. The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers to include Border Patrol Agents and record checks of law enforcement databases. I have also reviewed material from the official Immigration file and system automated data relating Gumercindo Artemio RAMOS-CHILE, which reveals the following:

2.  Because this affidavit is submitted for the limited purpose of demonstrating probable cause for the issuance of the requested complaint and arrest warrant, it does not contain each and every fact known about this case by your affiant.

3.  Based on the facts set forth in this affidavit, there is probable cause to believe that a violation of Title 8, United States Code, Section 1326(a), unlawful re-entry following removal, has been committed by Gumercindo Artemio RAMOS-CHILE.

4.  Gumercindo Artemio RAMOS-CHILE, is a thirty-two-year-old male, native and citizen of Guatemala, who last entered the United States at or near an unknown place, on or about an unknown date without being admitted, inspected, or paroled by an Immigration Officer.

5.  On or about September 24, 2016, RAMOS-CHILE was arrested by United States Border Patrol Agents near Nogales, Arizona, after illegally entering the country.  He was processed as an Expedited Removal.  He was ordered removed on September 25, 2016.

6.  On or about October 7, 2016, RAMOS-CHILE was removed from the United States through Phoenix, Arizona.

7.  On or about October 3, 2017, RAMOS-CHILE was arrested by United States Border Patrol Agents near Nogales, Arizona, after re-entering the United States illegally.  He was processed as a reinstatement of prior deportation order.

8. On or about October 4, 2017, RAMOS-CHILE was convicted and sentenced to 30 days' confinement for a violation of Title 8 United States Code, Section 1325.

9. On or about November 10, 2017, RAMOS-CHILE was removed from the United States though Phoenix, Arizona.

10. On or about July 10, 2026, RAMOS-CHILE was arrested by United States Border Patrol Agents near Detroit, Michigan, after a call for assistance from Michigan State Police. Michigan State Police had requested assistance in identifying a subject that was involved in a vehicle accident. RAMOS-CHILE is being processed as a reinstatement of prior order of removal with a request for prosecution for unlawful re-entry following removal.

11. Gumercindo Artemio RAMOS-CHILE'S, fingerprints and photograph were captured and entered into the Automated Biometric Identification System (IDENT) and the Integrated Automated Fingerprint Identification System (IAFIS). The results revealed that RAMOS-CHILE is a citizen of Guatemala with the foregoing immigration history who has been previously removed from the United States. The record checks did not provide any evidence that RAMOS-CHILE legally entered the United States or had been issued any document or status that would allow him to enter or remain the United States.

12. The aforementioned arrest and subsequent detention was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

13. Review of the Alien File (A# xxx xxx 093) for Gumercindo Artemio RAMOS-CHILE, and queries in Department of Homeland Security databases confirm no record exists of RAMOS-CHILE obtaining the express permission from the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States following his removal on November 10, 2017.

14.    Based on the above information, I believe there is probable cause to conclude that Gumercindo Artemio RAMOS-CHILE, is an alien who was found in the United States after removal, without the express permission from the Attorney General of the United States or from the Secretary of the Department of Homeland Security to re-apply for admission into the United States in violation of Title 8, United States Code, Section 1326(a).

_____
*Complainant's signature*

Wayne Williams, Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my
presence and/or by reliable electronic means.

_____
Honorable David R. Grand
United States Magistrate Judge

July 13, 2026